JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA EISEN-HERMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1-50,<br><br>　　　　Defendants. | Case No. CV 15-8234-GW(JPRx)<br>(Hon. George H. Wu)<br><br>**JUDGMENT**<br><br>Complaint Filed: September 3, 2015 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# **JUDGMENT**

Plaintiff Barbara Eisen-Herman ("Eisen-Herman") sued Defendant Metropolitan Life Insurance Company ("MetLife") alleging a failure to pay long-term care benefits under a long-term care policy issued by MetLife to Eisen-Herman. The matter was tried before the Court, the Honorable George H. Wu presiding. Appearances were noted in the record.

After considering the pleadings and other filings in both this lawsuit and a prior action (*Eisen-Herman v. Metropolitan Life Insurance Co.*, Case No. 10-cv-02097-GW-(MANx)), the evidence offered at the trial (including both written and oral testimony), the post-trial submissions of the parties, and the arguments of counsel, the Court finds that Judgment should be entered in favor of MetLife for the reasons stated in the Court's Post-Trial Findings of Fact and Conclusions of Law (Dkt. # 116).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Judgment shall be entered in favor of MetLife and against Eisen-Herman;
2. That Eisen-Herman shall take nothing by way of her complaints; and
3. That MetLife is entitled to and shall recover from Eisen-Herman its costs of suit.

DATED: January 12, 2018

By: *George H. Wu*
GEORGE H. WU, U.S. District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800